## Commonwealth *v.* Fisher, Appellant.

Submitted November 9, 1970. *Simon B. John,* Assistant Public Defender, for appellant; *Daniel G. Reilly,* Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Franklin, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Robert L. Campbell* and *Carol Mary Los,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence and order affirmed.